IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**IN THE MATTER OF:**                            **CASE NO. 6:14-bk-07578-KSJ**
**DUDLEYS HERRERA**                       **CHAPTER 13**

       **Debtor,**
_____/

**ORDER GRANTING VERIFIED MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON REAL PROPERTY HELD BY
DEUTSCHE BANK NATIONAL TRUST, D.E. #29**

THIS CASE came to be heard on January 6, 2015, on the Debtor's *Verified Motion to Value and Determine Secured Status of Lien on Real Property held by DEUTSCHE BANK NATIONAL TRUST* (Docket Entry #29; the "Motion"). Based upon the Debtor's assertions made in support of the Motion, without objection being heard at the aforementioned hearing, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of Debtor's real property (the "Real Property") located at 1010 Sal St, Ocoee, FL 34761 more particularly described as

**Legal Description: Lot 35, NANCY ANN WOODS, according to the Plat thereof as recorded in Plat Book 10, Page 116, Public Records of Orange County, Florida**

is $62,000.00 at the time of filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of Deutsche Bank National Trust (the "Lender") is $0.00.

Consequently, it is **ORDERED** as follows:

1. The motion is **GRANTED.**

2. Lender has an allowed secured claim of $62,000.00.

3. Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on July 24, 2006 at Book 08768 Page 1082 in the official records of Orange County, Florida, shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.

.

### 

DONE and ORDERED on January 16, 2015.

-------------------------------------------
Karen S. Jennemann
Chief Bankruptcy Court Judge

Submitted By:

RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.