UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:  6:14:bk-07578-KSJ

In re:

DUDLEYS HERRERA,

    Debtor.
_____/

**TRUSTEE'S MOTION FOR STATUS**

A preliminary hearing in this case will be held **April 9, 2019 at 2:00 PM** in Courtroom 6A, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL 32801, and act upon the following matter and transact such other business that may come before the court:
**Trustee's Motion for Status**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures

    **COMES NOW** Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee, and files this Motion for Status and states the following:

1. A Motion to Value Secured Claim of Deutsche National Bank was filed on October 28, 2014 with negative notice (Document No. 29).

2. An order granting the motion was entered on January 16, 2015 valuing the claim at $62,000.00 to be paid at 5.25% interest (Document No. 35).

3. On January 16, 2015 the attorney for debtor filed a claim on behalf of Deutsche Bank (Claim 4).

4. The Order Confirming Chapter 13 Plan was entered on January 20, 2015 (Document No. 38) providing for 60 equal payments of principal and interest in the amount of $1,094.77.

5. A second Amended Order Confirming Chapter 13 Plan was entered on April 8, 2015 (Document No. 59) to correct the payments to Deutsche to $1,177.13 for the correct amortization.

6. A notice of payment change was filed by the creditor on August 21, 2017 apparently adding escrow of $229.97 effective October 1, 2017. Said notice stated that the previous escrow payment was $247.20.

7. A subsequent notice of payment change was filed on January 18, 2017 changing the escrow payment to $281.76 effective March 1, 2018.

8. A subsequent notice of payment change was filed on February 4, 2019 changing the escrow payment to $252.25.

9. An escrow payment has never been included in the payments to Deutsche, only principal and interest payments.

10. The claim will not be paid in full at the completion of this case which is June 30, 2019.

11. It appears that adjustments need to be made to the claim or that the claim will survive the plan which will complete in four (4) months.

WHEREFORE, the Chapter 13 Standing Bankruptcy Trustee requests a status conference in this matter, and for such other relief as may be deemed just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail or by Electronic Transmission on February 27, 2019 to the following:

- **Ricardo Corona**    bk@coronapa.com, agarcia@coronapa.com
- **Keith Scott Labell**    klabell@rasflaw.com, klabell@rasflaw.com
- **Dudleys Herrera,** 558 E. 23rd Street, Hialeah, FL 33013

LAURIE K. WEATHERFORD
Chapter 13 Standing Trustee

BY:  /s/ Laurie K. Weatherford
Laurie K. Weatherford, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665