**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:    Dudleys Herrera                     Case No. 6:14-bk-07578-KSJ
          Debtor(s),

**NOTICE OF INCREASE IN PLAN PAYMENTS**
*This notice supersedes any previous notices filed*

TO:    Dudleys Herrera
       558 E. 23 Street
       Hialeah, FL 33013

This notice is occasioned by a notice of increased mortgage payments received by this office from **Deutsche Bank** (copy attached). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE:   March 2019**

|  | Former | New |
|---|---|---|
| Mortgage payment | $1,177.13 | $1,429.38 |
| Difference |  | $252.25 |
| Additional Trustee Fee |  | $28.03 |
| Your Payment to the Trustee | $1,397.00 | $1,677.28 (3/19 - 6/19) |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, Richard Corona, Esq., 3899 NW 7th St., 2nd Floor, Miami, FL 33126 on this the 28 day of February, 2019.

/s/ Laurie K. Weatherford
Laurie K. Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
Fl. Bar No. 0746967
Post Office Box 3450
Winter Park, Florida 32790-3450

**Fill in this information to identify the case:**

Debtor 1  Dudleys Herrera
aka Dudleys Herrera Hernandez

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of FLORIDA

Case number 6:14-bk-07578-KSJ

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3

Last 4 digits of any number you use to identify the debtor's account: 5468

Court claim no. (if known): 4

Date of payment change: 3/1/2019
Must be at least 21 days after date of this notice

New total payment: $1,429.38
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $281.76    New escrow payment: $252.25

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____    New interest rate: _____

   Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: _____    New mortgage payment: _____

Official Form 410S1              Notice of Mortgage Payment Change              page 1